IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Case No. 3:07-cr-23-KRG |
| ANTHONY HILL, | : |
| Defendant | : |

<u>Memorandum Order</u>

Anthony Hill is alleged to have violated the terms of his supervised release in a sealed petition filed at ECF no. 105 and a supplemental petition filed at ECF no. 114. After a hearing this afternoon pursuant to Rule 32.1(b) I find, for the reasons discussed on the record, that there is probable cause to support the charge that defendant violated conditions #3 and #4 by continuing to have contact with the minor children of his significant other despite the contrary instructions of his supervising probation officer; and that there is no probable cause that defendant violated condition #6: he viewed adult pornography but not child pornography.

I accordingly forward the matter to the Court for the scheduling of a revocation proceeding. I note that the Court previously had this matter scheduled for January 24, 2023 at 1:00p.m.

Pending that revocation hearing or order of Court, I order that the defendant remain in custody. For proceedings under Rule 32.1(b), Rule 32.1(a)(6) incorporates the provisions of the Bail Reform Act at 18 U.S.C.§ 3143(a)(1) and places on the defendant the burden of showing by clear and convincing evidence that there are conditions short of detention that will reasonably assure the defendant's appearance and the safety of the community. 18 U.S.C. §§ 3142(e), 3142(f). I heard no evidence that defendant is a risk of flight. The defendant's persistence in violating the no contact condition of supervised release convinces me that conditions short of detention would not reasonably assure the safety of the community.

DATE: <u>January 13, 2023</u>

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel of record, Probation, U.S. Marshal